UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-03107-BTM |
|---|---|
| Plaintiff, | **JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| v. | |
| RICARDO MARTINEZ-CORONA, | |
| Defendant | |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against RICARDO MARTINEZ-CORONA in this case is dismissed without prejudice.

SO ORDERED.

DATED: January 21, 2022

_____
HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE